Fill in this information to identify the case:

United States Bankruptcy Court for the:
**Northern District of Texas**

Case number (if known): _____  Chapter **11**

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  **North American Sealing Solutions, LLC**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  **2 7 – 2 7 5 1 9 7 6**

**4. Debtor's address**

**Principal place of business**

**3000 W Pafford St**
Number    Street

**Fort Worth, TX 76110**
City              State    ZIP Code

**Tarrant**
County

**Mailing address, if different from principal place of business**

Number    Street

City              State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number    Street

City              State    ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor **North American Sealing Solutions, LLC** _____ Case number *(if known)* _____
     Name

| 7. Describe debtor's business | A. *Check one:* |
|---|---|
| | ❏ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ❏ Railroad (as defined in 11 U.S.C. §101(44)) |
| | ❏ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ❏ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ❏ Clearing Bank (as defined in 11 U.S.C. §781(3)) |
| | ☑ None of the above |
| | |
| | B. *Check all that apply:* |
| | ❏ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | ❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | ❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | |
| | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |

| 8. Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|
| | ❏ Chapter 7 |
| | ❏ Chapter 9 |
| | ☑ Chapter 11. *Check all that apply:* |
| |    ❏ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that). |
| |    ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| |    ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. |
| |    ❏ A plan is being filed with this petition. |
| |    ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| |    ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| |    ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | ❏ Chapter 12 |

| 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years? If more than 2 cases, attach a separate list. | ☑ No |
|---|---|
| | ❏ Yes. District _____ When ____/____/____ Case number _____ |
| |        District _____ When ____/____/____ Case number _____ |
| |        MM / DD / YYYY |

| 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? List all cases. If more than 1, attach a separate list. | ☑ No |
|---|---|
| | ❏ Yes. Debtor _____ Relationship _____ |
| |        District _____ When ____/____/____ |
| |        Case number, if known _____ MM / DD / YYYY |

Debtor **North American Sealing Solutions, LLC** Case number *(if known)* _____
      Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number    Street<br>_____<br>City    State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>    Contact name _____<br>    Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49  ☑ 50-99  ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999  ☐ 10,001-25,000  ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000  ☑ $1,000,001-$10 million  ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor **North American Sealing Solutions, LLC**  Case number *(if known)* _____
     Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/18/2025**
            MM/ DD/ YYYY

X **/s/ Thomas Oswald**  **Thomas Oswald**
Signature of authorized representative of debtor    Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Joyce W. Lindauer**   Date **04/18/2025**
Signature of attorney for debtor      MM/ DD/ YYYY

**Joyce W. Lindauer**
Printed name

**Joyce W. Lindauer Attorney, PLLC**
Firm name

**1412 Main St. Suite 500**
Number    Street

**Dallas**   **TX**   **75202**
City    State    ZIP Code

**(972) 503-4033**    **joyce@joycelindauer.com**
Contact phone     Email address

**21555700**    **TX**
Bar number    State

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE: **North American Sealing Solutions, LLC**          CASE NO

         CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    **04/18/2025**      Signature      **/s/ Thomas Oswald**

                                                   Thomas Oswald , President

Alpine Polytech
1325 Ranchers Legacy Trail
Fort Worth, TX 76126

American Express
PO Box 6031
Carol Stream, IL 60197-6031

Anyseals, Inc
PO Box 536005
Pittsburgh, PA 15253

APG
11122 Beltline Rd
Houston, TX 77067

Arrow Plating Company
3129 May St
Fort Worth, TX 76110

Atlas Copco
19511 Dept Ch
Palatine, IL 60055-9511

Attorney General of Texas
Bankruptcy Div
PO Box 12548
Austin, TX 78711-2548

Automated Finishing Technology
204 South 6th Ave
Mansfield, TX 76063

Aviva Metals
2929 West 12th Street
Houston, TX 77008

Backd
4853 Williams Ste 111
Georgetown, TX 78633

Bank of America
4751 S Hulen St
Fort Worth, TX 76132

Bank of Texas
5909 Camp Bowie Blvd
Fort Worth, TX 76107

Capital One
2903 Forest Ln
Dallas, TX 75234

Citibank
4050 Regent Blvd
Irving, TX 75063

Coating Systems Inc
150 Sales Ave
Harrison, OH 45030

Compass
5701 Camp Bowie Blvd
Fort Worth, TX 76107-5005

Comptroller of Public Accts
Revenue Acctg Div Bankruptcy Sec
PO Box 13528
Austin, TX 78711

Curbell Plastics, Inc
2001 Timberlake Dr
Arlington, TX 76010

Dorothy Oswald
3000 W Pafford St
Fort Worth, TX 76110

Farmers Copper
9900 Emmet F Lowry Expy
Texas City, TX 77591

Financial Services
1625 Foutainhead Pkwy
Tempe, AZ 85282

First Bank of The Lake
1088 N. Church St
Greenville, SC 29601

First Choice Seals
14012 99 St
Grande Praire
AB T8V 7W3
14012 99 St

First Financial
1000 Forest Park Blvd
Fort Worth, TX 76110

Freudenberg
47690 E. Anchor Ct
Plymouth, MI 48170-2455

Gent Machine
12315 Kirby Avenue
Cleveland, OH 44108

H&D Distributors, Inc
1373 Round Table Drive
Dallas, TX 75247

Hardinge
1 Hardinge Dr
Elmira, NY 14903

Hartwig
10617 Trenton Ave
Saint Louis, MO 63132

Highland Capital Corporation
370 Pascack Rd
Township of Washington, NJ 07676

Hisco
1200 Placid Ave #300
Plano, TX 75074

Indian Rubber Company
440 W Fork Dr
Arlington, TX 76012

Industrial Seal
330 Westway
Arlington, TX 76018

Intech Funding Corp
PO Box 7167
Pasadena, CA 91109-7167

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, TX 75242

Internal Revenue Service

Jar-Tex Industries
204 E Daggett Ave
Fort Worth, TX 76104

Masterworks Manufacturing Services, Inc
508 Shoreview Park Rd.
Saint Paul, MN 55126

McMaster-Carr
9603 Norwalk Blvd
Santa Fe Springs, CA 90670-2932

McMurray Metals
3000 Elm St
Dallas, TX 75226

MSC Industrial Supply
PO Box 953635
Saint Louis, MO 63195-3635

North Texas Precision
Instruments
7464 Dogwood Park
Fort Worth, TX 76118

Old National Equipment
Finance
8750 W Bryn Mawr Ste 1300m
Chicago, IL 60631

PNC Bank
5701 Camp Bowie Blvd
Fort Worth, TX 76107-5005

Professional Plastics
2060 Luna Rd Ste 120
Carrollton, TX 75006

ProGum Elastomer
300/66, Pluak Daeng District, 21140,
Thailand
Amphur 300

RMP Industrial Supply
3209 Stuart Dr
Fort Worth, TX 76110

SEA Wire and Cable Inc
451 Lanier Road
Madison, AL 35758

Special Metals INC
2009 S Broadway Ave
Oklahoma City, OK 73160

Sterling Gun Drills
940 Water Street
North Bennington, VT 05257

Texas Alloys & Tool Co.
4609 Fairlane Ave
Fort Worth, TX 76119

Texas Rigging
6336 Sardis St
Midlothian, TX 76065

Texas Tax Assessor
100 E Weatherford St
Fort Worth, TX 76196

Thyssenkrupp Materials
3001 Alouette Dr Ste 100
Grand Prairie, TX 75052

Toyota Commercial Finance
PO Box 660926
Dallas, TX 75226-0926

U.S. Small Business
Administration
PO Box 3918
Portland, OR 97208-3918

U.S. Trustee's Office
1100 Commerce Street Room 976
Dallas, TX 75242

Umpqua Bank
1 SW Columbia St Ste 1200
97258

US Atty General
10th and Constitution Ave., NW
Main Justice Bldg. Room 5111
Washington, DC 20530

VOX
100 Park Ave Floor 30
New York, NY 10017

WT Grinding
307 West Fork Drive
Arlington, TX 76012-3448

Xiamen Best Seal Imp & Exp
Co
One Pierce Place Ste 700W
Itasca, IL 60143